# Exhibit A

**Promissory Note and Disclosure Statement**

Loan Effective Date: 06/22/2021

Loan #: █████5555
Customer #: ████5244

| **LENDER:** FinWise Bank | ADDRESS: C/O Opportunity Financial, LLC 130 E Randolph St, Suite 3400 | CITY: Chicago | STATE: IL | ZIP CODE: 60601 | PHONE: (855) 990-9500 |

| **BORROWER:** Kristen Michael | MAIN PHONE: 720█████ | WORK PHONE: | MOBILE PHONE: 720█████ |
| ADDRESS: █████ | | CITY: Cedar Park | STATE: TX | ZIP CODE: ███ |

**FEDERAL TRUTH-IN LENDING DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 130.54% | $864.80 | $1,400.00 | $2,264.80 |

Your payment schedule will be:

| No. of Payments: | Amount of Payments: | Payment Due Dates: |
|---|---|---|
| 1 | $119.20 | 07/05/2021 |
| 1 | $119.20 | 07/20/2021 |
| 1 | $119.20 | 08/05/2021 |
| 1 | $119.20 | 08/20/2021 |
| 1 | $119.20 | 09/05/2021 |
| 1 | $119.20 | 09/20/2021 |
| 1 | $119.20 | 10/05/2021 |
| 1 | $119.20 | 10/20/2021 |
| 1 | $119.20 | 11/05/2021 |
| 1 | $119.20 | 11/20/2021 |
| 1 | $119.20 | 12/05/2021 |
| 1 | $119.20 | 12/20/2021 |
| 1 | $119.20 | 01/05/2022 |
| 1 | $119.20 | 01/20/2022 |
| 1 | $119.20 | 02/05/2022 |
| 1 | $119.20 | 02/20/2022 |
| 1 | $119.20 | 03/05/2022 |
| 1 | $119.20 | 03/20/2022 |
| 1 | $119.20 | 04/05/2022 |

**SECURITY:** This loan includes a security interest in the Payment Authorization.

**PREPAYMENT:** If you prepay in full or in part, you will not have to pay a penalty.

See your contract terms below for additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of Amount Financed:**
1. Amount provided directly to you: $500.56
2. Amount paid on your existing loan (Existing Payoff Amount): # █████0325: $899.44

**HIGH COST CREDIT DISCLOSURE:** This is an expensive form of credit. Our loans are designed to help consumers meet short-term borrowing needs and NOT intended as a long-term credit solution. Alternative forms of credit may be less expensive and more suitable for your financial needs. You should compare the cost of other options with this loan before executing this Note. Paying late or making partial payments may increase the amount of the finance charges that you pay and could increase the term of your loan.

**ARBITRATION DISCLOSURE:** This Promissory Note includes an Arbitration Clause (the "Arbitration Clause"). In the event of a dispute related to this loan, your ability to have the dispute resolved in court is limited. You can "opt out" of the Arbitration Clause as set forth below. Please review the Arbitration Clause carefully before signing this Note.

**PROMISSORY NOTE**

In this Promissory Note and Disclosure Statement ("Note"), the words "Borrower", "you", and "your" mean the person signing as borrower. The words "Lender", "we" and "us" mean FinWise Bank, an FDIC-insured bank located in Utah, or any of its direct or indirect assignees. We have not yet committed to extend credit and will only be committed to extend credit if and when we initiate a transfer of funds to the bank account you have identified for this purpose in the process of applying for credit or to an another account in paying any Existing Payoff Amount referenced above. The Federal Truth in Lending Disclosure Statement ("Disclosure Statement") above is part of the terms and conditions of this Note. This Note is not a negotiable instrument.

**1. LOAN TRANSACTION.** To complete your loan transaction, you must electronically sign this Note below. If and when we verify your information and approve the loan, we will use commercially reasonable efforts to transfer the loan proceeds to your bank account you identified or pay off the Existing Payoff Amount on or before the next business day. However, delays may result from verification of information late in a business day or on a non-business day, processing errors and/or "acts of God".

**2. CREDIT AUTHORIZATION.** You authorize us to transfer loan proceeds directly to your banking account: **Account type: Checking Account; Bank routing and transit number:** █████**; and Account Number:** █████. You authorize us to make debits from this bank account to correct any crediting errors.

**3. PROMISE TO PAY.** You promise to pay us the principal sum of $1,400.00 plus interest until the loan is fully paid. Please note that any returned or unpaid installments shall be added to the principal of this loan. Simple interest will accrue from day to day on the outstanding principal balance at a "Daily Rate" equal to 1/365 of the agreed annual rate of (130.0 %), rounded to two decimal places. The agreed annual rate may be different than the disclosed Annual Percentage Rate in the Disclosure Statement. The Annual Percentage Rate in the Disclosure Statement shown above is calculated in accordance with equations set forth in Regulation Z, which implements the Federal Truth in Lending Act. We will begin charging interest on the later of the Loan Effective Date referenced above or the date funds are disbursed to your bank account on record. All payments received shall be applied first to any outstanding charges or fees, then to accrued interest, and then to the reduction of the unpaid principal.

**4. PAYMENTS.** You promise to make a payment on each Payment Due Date in the amount shown on the Payment Schedule above, as it may be modified by agreement of the parties. The unpaid debt on the final scheduled Payment Due Date (the "Maturity Date") will likely vary somewhat from prior required payments. This is due, among other things, to any early or late payments and/or any payments higher or lower than the scheduled amount. If the amount actually owing on the Maturity Date is less than the Maturity Date payment shown on the Payment Schedule, we will adjust your final payment to reflect such decrease. If the amount actually owing on the Maturity Date is more than the amount shown on the above Payment Schedule, then: (i) by contacting our servicer Opportunity Financial, LLC ("OppLoans") at (855) 990-9500 or info@opploans.com, you may instruct us to adjust your final payoff payment to reflect such increase; or (ii) until the loan is paid in full, interest will continue to accrue at the Daily Rate and you must continue to make payments beyond the Maturity Date, on the same schedule, in amounts equal to the lesser of the Maturity Date payment or the outstanding balance on the payment date. You understand and agree that if at any time you pay more than the required scheduled payment you will still be required to make the next scheduled payment when due (see "Prepayment" below for additional information). If any payment is due on a day other than a banking business day and is made on the first banking business day after the Payment Due Date, such payment will be credited as if received on the scheduled Payment Due Date.

**5. PAYMENT AUTHORIZATION.**

The optional payment method checked below is based on your previous selection during the application process. However, you may choose to repay by any other reasonable method of payment that we permit, including paper check. If you wish to change your payment method, you may contact us by communicating with Opploans at (855) 990-9500 or info@opploans.com and you will be provided instructions on how to make your payment or payments. Please be advised that all non-automated payments by mail should be sent in time for receipt by 5 pm Central Time on the applicable Payment Due Date.

☑ **Automated Payments.** If the box to the left has been checked, then you authorized us during the application process to initiate Automated Payments by debiting the banking account identified in the "Credit Authorization" section above, or any substitute account you later specify (the "Bank Account"). You direct us to initiate an Automated Payment on each Payment Due Date in the amount shown on the Payment Schedule, as it may be modified by agreement of the parties. You understand that, until the loan

is paid in full, the amount of any Automated Payment will not be affected by any prepayment you make or any other amount you pay on the loan in addition to the amount of scheduled payments.

**Bank Account Information.** You authorize us to verify, correct and update any missing, erroneous or outdated information you have provided or subsequently provide regarding the Bank Account. You promise that the Bank Account is a legitimate, open and active bank account and that you have the right to initiate (and to authorize us to initiate) Automated Payments from the Bank Account.

**Changes to Payment Schedule.** You authorize us to initiate Automated Payments in accordance with any modified payment arrangement to which you and we agree. We may adjust the Maturity Date Automated Payment for any decreased amount you owe, based on your payment history, or for any increased amount you instruct us to debit.

**Additional Payments.** If any amount under this Note remains outstanding after the Automated Payment on the Maturity Date, and you do not instruct us to debit such amount on the Maturity Date, then you authorize us to initiate one or more additional Automated Payments after the Maturity Date and until your obligations are paid in full at the same payment frequency as reflected in your Payment Schedule. No such Automated Payment shall exceed the lesser of (a) the final scheduled payment amount set forth in your Payment Schedule, or (b) the remaining balance, including fees, charges, and interest. You further authorize us to initiate separate electronic payments from the Bank Account for any other amounts due under this Note, including any applicable Returned Payment Fee.

**Termination.** You understand and acknowledge that you may terminate this authorization by notifying us at (855) 990-9500 or info@opploans.com or by mail to OppLoans, ATTN: Compliance Department, One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601 at least three (3) business days before you wish to terminate this authorization.

**Range of Debits and Notice of Variation.** You have the right to receive notice of all regularly recurring and varying Automated Payments. Unless otherwise instructed by you, each regularly recurring Automated Payment will be in an amount ranging from $0.01 to one-and-a-half (1.5) times the scheduled payment amount set forth in the Payment Schedule. You may elect to receive advance notice of the date and amount of each regularly recurring Automated Payment that varies from the scheduled payments if you notify us by communicating with OppLoans at (855) 990-9500, or at One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601. If an Automated Payment will fall outside the specified range above, then we will electronically notify you of the amount of the Automated Payment and the date on or after which the Automated Payment will be initated, at least ten (10) calendar days in advance.

**Other Payment Arrangements.** If we agree, you may enter into a modified payment arrangement that may change certain terms of this authorization. If you and we agree to change any terms of this authorization, we will send you written confirmation of such change, and all provisions of this authorization not changed will remain in full force and effect. To the extent you and we agree to a modified payment arrangement, your obligations under this authorization will remain in full force and effect as applicable to such payment arrangement. Unless otherwise specified in the terms of your modified payment arrangement, if you default on your obligations under any payment arrangement, you complete your obligations, or we terminate a modified payment arrangement, then you authorize us to initiate Automated Payments from the Bank Account on the dates and in the amounts set forth in your original Payment Schedule in accordance with this authorization and if needed, extending beyond your original Payment Schedule.

**Error Correction.** In the event we make an error in processing any payment, you authorize us to initiate a payment to or from the Bank Account to correct the error. If you believe we have initiated a payment in a manner not contemplated by this authorization, then please contact OppLoans at (855) 990-9500, or One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601.

**Re-Initiation.** If any Automated Payment is dishonored, you authorize us to re-initiate such Automated Payment up to two (2) more times (if necessary). You understand that your bank may charge you non-sufficient funds fees for any dishonored payment, including any re-initiated Automated Payment attempt. You agree that we are not liable for such fees.

**Applicable Law.** You acknowledge that Automated Payments must comply with the provisions of U.S. law.

**Optional Authorization. YOU ARE NOT REQUIRED (AND WERE NOT REQUIRED) TO AGREE TO MAKE AUTOMATED PAYMENTS TO OBTAIN A LOAN FROM US. IF YOU ELECTED TO MAKE AUTOMATED PAYMENTS, THEN YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY BY AUTOMATED PAYMENTS. YOU MAY CHANGE YOUR DESIRED PAYMENT METHOD AT ANY TIME.**

☐**Remotely Created Checks.** If the box to the left is checked, then you authorized us during the application process to create "Remotely Created Checks" on the checking or savings account you elected for this purpose during the application process (or any substitute account you later specify) (your "Bank Account"). These are paper checks, bearing, instead of your handwritten signature: (1) the legend "As Authorized by Drawer No Signature Required," or a similar legend, (2) your typed name and/or (3) other information as may be required under applicable law. You direct us to create and submit to your bank on or after each Payment Due Date a Remotely Created Check in the amount shown on the Payment Schedule, as it may be modified by agreement of the parties You understand that, until the loan is paid in full, the amount of any Remotely Created Check will not be affected by any prepayment you make or any other amount you pay on the loan in addition to the amount of the scheduled payments.

**Bank Account Information.** You authorize us to verify, correct and update any missing, erroneous or outdated information you have provided or subsequently provide regarding the Bank Account. You promise that the Bank Account is a legitimate, open and active bank account and that you have the right to write checks (and authorize us to write Remotely Created Checks) on the Bank Account.

**Changes to Payment Schedule.** You authorize us to write and submit for payment Remotely Created Checks in accordance with any modified payment arrangement to which you and we agree. We may adjust the Remotely Created Check we write and submit on or after the Maturity Date for any decreased amount you owe, based on your payment history, or for any increased amount you instruct us to write.

**Additional Payments.** If any amount under this Note remains outstanding after the Remotely Created Check on the Maturity Date, and you do not instruct us to create and submit a Remotely Created Check for such full amount on the Maturity Date, then you authorize us to create and submit Remotely Created Checks from your Bank Account extending beyond the Maturity Date until your obligations are paid in full at the same payment frequency as reflected in your Payment Schedule. No such Remotely Created Check shall exceed the lesser of (a) the final scheduled payment amount set forth in your Payment Schedule, or (b) the remaining balance, including fees, charges, and interest. You further authorize us to create and submit separate Remotely Created Checks from your Bank Account for any other amounts due under this Note, including any applicable Returned Payment Fee.

**Termination.** You understand and acknowledge that you may terminate our authority to create and submit Remotely Created Checks by notifying us at (855) 990-9500 or info@opploans.com  or by mail to OppLoans, ATTN: Compliance Department, One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601 in such time as to afford us and your bank a reasonable opportunity to act on your request.

**Partial Prepayments.** If you make any partial prepayments, then you authorize us to vary the amount of any Remotely Created Check needed to reflect those partial prepayments.

**Range of Varying Amounts.** Each regularly recurring Remotely Created Check will be in an amount ranging from $0.01 to one-and-a-half (1.5) times the scheduled payment amount set forth in the Payment Schedule. You may elect to receive advance notice of the date and amount of each regularly recurring Remotely Created Check that varies from the scheduled payments if you notify us by communicating with OppLoans at (855) 990-9500, or at One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601. If a Remotely Created Check will fall outside the specified range above, then we will electronically notify you of the amount of the Remotely Created Check and the date on or after which the Remotely Created Check will be generated and submitted, at least ten (10) calendar days in advance.

**Other Payment Arrangements.** If we agree, you may enter into a modified payment arrangement that may change certain terms of this authorization. If you and we agree to change any terms of this authorization, we will send you written confirmation of such change, and all provisions of this authorization not changed will remain in full force and effect. To the extent you and we agree to a modified payment arrangement, your obligations under this authorization will remain in full force and effect as applicable to such payment arrangement. Unless otherwise specified in the terms of your modified payment arrangement, if you default on your obligations under any payment arrangement, you complete your obligations, or we terminate a modified payment arrangement, then you authorize us to create and submit Remotely Created Checks from your Bank Account on the dates and in the amounts set forth in your original Payment Schedule in accordance with this authorization and if needed, extending beyond your original Payment Schedule.

**Error Correction.** In the event we make an error in creating and submitting Remotely Created Checks from your Bank Account, you authorize us to initiate an electronic payment to or from the Bank Account (or write and submit a Remotely Created Check) to correct the error. If you believe we have presented a Remotely Created Check in a manner not contemplated by this authorization, then please contact OppLoans at (855) 990-9500, or One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601.

**Re-Initiation.** You agree that we may present for payment to Your Bank Account up to two times any Remotely Created Check that is dishonored, including any Remotely Created Check submitted for any applicable Returned Payment Fee. You understand that your bank may charge you non-sufficient funds fees for any dishonored payment. You agree that we are not liable for such fees.

☐**Paper Checks.** If the box to the left is checked, you agree to tender paper checks on or before each Payment Due Date in the amount shown on the Payment Schedule, as it may be modified by agreement of the parties. You understand that, until the loan is paid in full, the amount of your payment made by paper check will not be affected by any prepayment you make or any other amount you pay on the loan in addition to the amount of the scheduled payments.

**Additional Payments.** If any amount under this Note remains outstanding after the Maturity Date, then you agree to continue tendering paper checks beyond the Maturity Date until your obligations are paid in full at the same payment frequency as reflected in your Payment Schedule.

**Other Payment Arrangements.** If we agree, you may enter into a modified payment arrangement that may change certain terms of this authorization. If you and we agree to change any terms of this authorization, we will send you written confirmation of such change, and all provisions of this authorization not changed will remain in full force and effect. To the extent you and we agree to a modified payment arrangement, your obligations under this authorization will remain in full force and effect as applicable to such payment arrangement. Unless otherwise specified in the terms of your modified payment arrangement, if you default on your obligations under any payment arrangement, you complete your obligations, or we terminate a modified payment arrangement, then you agree to continue tendering paper checks on the dates and in the amounts set forth in your original Payment Schedule in accordance with this authorization and if needed, extending beyond your original Payment Schedule.

**6. RETURNED PAYMENT ON REFINANCED LOAN:** If this loan refinances a prior loan you had through us, and on or after the date of this Note, a payment on your prior loan is returned unpaid, you agree that we may (i) add the amount of such returned payment to the outstanding principal balance of this loan and (ii) charge interest on such amount at the rate specified in the PROMISE TO PAY section above from the date of this Note.

**7. DEFAULT AND ACCELERATION.** Your account will be in default for your failure to pay any payment on or before the specified payment due date or in the event the return or rejection of any automated payment, remotely created check, or paper check. In case of your default in the payment of any installment, or institution of any proceeding by or against you under any bankruptcy or insolvency law, or assignment by you for the benefit of creditors, or any execution, attachment, warrant or other process being served on you, or your admission of your inability to pay your debts as they mature, or in case any information provided by you to us shall be false or misleading at the time made, all your obligations under this Note shall, at our option and in accordance with applicable law, be immediately due and payable. We may pursue any and all legal remedies to collect this debt in full if you default.

**8. PREPAYMENT.  You may prepay this loan in full or in part at any time without penalty.** Early payments will reduce the amount of interest you must pay. Late payments will increase the amount of interest you must pay. If you prepay in full, the amount due on prepayment will vary depending upon the unpaid principal balance at the time of prepayment and any other fees or charges due. Any prepayment will not reduce the amount of subsequent installments you must pay until the loan is paid in full.

**9. ELECTRONIC CHECK RE-PRESENTMENT POLICY.** In the event a check is returned unpaid for insufficient or uncollected funds, we may re-present the check electronically. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**10. CHECK CONVERSION NOTIFICATION.** If you provide a check as payment, you authorize us and our servicers or agents either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For questions, please contact: (855) 990-9500.

**11. RETURNED PAYMENTS.** If any Remotely Created Check, paper check or electronic debit is not honored by your financial institution because of insufficient or uncollected funds or account closure, or because no such account exists, we will charge you a Returned Payment Fee of $20. You authorize us and our agents to make a one-time withdrawal from the Bank Account to collect this Returned Payment Fee. We may only impose this fee once per scheduled installment payment.

**12. SECURITY.** In the Disclosure Statement, we have disclosed our interest in the Payment Authorization as a security interest for Truth-in-Lending Act purposes only, because federal and applicable state law do not clearly address whether our interest in such payment method is a "security interest". However, we do not intend to create a security interest under applicable state law.

**13. COLLECTION COSTS.** To the extent not prohibited by law, you agree to pay all costs of collection and reasonable attorneys' fees we incur in collecting this loan.

**14. CREDIT REPORTS.** You understand and agree that we may obtain credit reports on you on an ongoing basis until this Note is paid in full. You also understand that we may report your performance under this Note to credit reporting agencies. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**15. VERIFICATION OF BANK ACCOUNT AND OTHER INFORMATION.** You certify that the information you have given in connection with this Note and your application for credit is true and correct. You authorize us to verify all of the information that you gave us, such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan, determine payment due dates and administer your account with us. You specifically authorize us to use information you provided us, including your social security number, bank account number and other access credentials, to obtain and verify information concerning the Bank Account, whether by telephone or through other electronic means, and whether initiated by you or by us or our servicers or agents. This may include obtaining information directly from your financial institution about the Bank Account.

**16. IMPORTANT INFORMATION ABOUT OPENING A NEW ACCOUNT OR ESTABLISHING A NEW RELATIONSHIP.** To help the U.S. government fight the funding of terrorism and money laundering activities, Federal law requires all U.S. financial institutions to obtain, verify and record information that identifies each individual or institution that opens an account or establishes a customer relationship. What this means: If you enter into a new customer relationship with us, we will ask for your name, address, date of birth, and other identification information. This information will be used to verify your identity. As appropriate, we may, in our discretion, ask for additional documentation or information. If all required documentation or information is not provided, we may be unable to open an account or establish a relationship with you.

**17. GOVERNING LAW; SEVERABILITY; INTERSTATE COMMERCE.** This Note is governed by federal law and the laws of the State of Utah, except that the Arbitration Clause is governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-9. If any provision of this Note is held unenforceable, the remainder of this Note will remain in full force and effect, except as provided otherwise in the Arbitration Clause. You and we agree that the transaction represented by this Note involves interstate commerce for all purposes.

**18. CHANGES, DELAY IN ENFORCEMENT, AND WAIVER.** This Note is the final and complete expression of the agreement between you and us. This Note cannot be changed unless both you and we agree to the changes in writing or as evidenced by a recording. You acknowledge and agree that no failure or delay on our part in exercising any right, power or remedy under this Note shall affect or operate as a waiver of such right, power or remedy. No single or partial exercise of any such right, power or remedy shall preclude, waive or otherwise affect any other or further exercise of that right, power or remedy under this Note. You agree that we may waive or delay our rights under this Note without losing them. You waive notice of acceptance, presentment, demand for payment, protest, notice of dishonor and any other notices, except as required by this Note or other law.

**19. ASSIGNMENT.** You may not assign any of your obligations under this Note without our written permission, which we are not required to give. We may assign this Note at any time without your permission. Our transfer may be made by causing a registration of transfer in the record of ownership as described below, without providing you with any other notice (except where such notice is required by applicable law). Your obligations under this Note apply to all of your heirs, successors and permitted assigns, if any. Our rights under this Note apply to us and each of our successors and assigns. Ownership of this Note (and rights hereunder, including with respect to principal and interest) shall be registered in a record of ownership maintained by an entity specifically designated for such purposes. You hereby irrevocably appoint Opportunity Financial, LLC as your agent acting solely for the purpose of maintaining such record of ownership. Any assignment or transfer of, or participation in, this Note (or rights hereunder) will be valid only if and when it is registered in such record of ownership. You shall treat each person whose name is registered in the record of ownership as the owner, assignee or participant, as applicable, for all purposes of this Note, including, but not limited to, the rights to payments of principal and interest. The record of ownership shall be made available to you in a form and manner determined by the agent maintaining it from time to time upon reasonable prior written notice.

**20. TCPA CONSENT AND PRIVACY:** Notwithstanding any current or prior election to opt in or opt out of receiving telemarketing calls of SMS messages (including text messages) from us, our agents, representatives, affiliates, or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates, or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and/or account, at any telephone number or physical or electronic address you provide or at which you may be reached. You agree we may contact you in any way, including SMS messages (including text messages), calls using prerecorded messages or artificial voice, and calls and messages delivered using an auto-telephone dialing system or an automatic texting system. Automated messages may be played when the telephone is answered, whether by you or someone else. In the event that an agent or representative calls, he or she may also leave a message on your answering machine, voice mail, or send one via text.

You consent to receive SMS messages (including text messages), calls, and messages (including prerecorded and artificial voice and autodialed) from us, our agents, representatives, affiliates, or anyone calling on our behalf at the specific number(s) you have provided to us with information or questions about your application, loan, and/or account. You certify, warrant, and represent that you are permitted to receive calls at each of the telephone numbers you have provided to us. You agree to promptly alert us whenever you stop using a particular telephone number.

Your cellular or mobile telephone provider will charge you according to the type of plan you carry. You also agree that we may contact you by email, using any email address you have provided to us or that you provide to us in the future. We may listen to and/or record phone calls between you and our representatives without notice to you as permitted by applicable law. For example, we listen to and record calls for quality monitoring purposes.

**21. ARBITRATION CLAUSE.**
By signing the Note below, you agree to this Arbitration Clause ("Clause"):

**Background and Scope.**

| | | |
|---|---|---|
| **What is arbitration?** | **An alternative to court.** | In arbitration, a third party ("Arbiter") resolves disputes informally. You, related third parties (including but not limited to OppLoans), and we waive the right to go to court. Such "parties" waive jury trials. |
| **Is it different from court and jury trials?** | **Yes.** | Any required hearing is private and less formal than court. Arbiters may limit pre-hearing fact finding, called "discovery". The decision is usually final. Courts rarely overturn Arbiters. |
| **Who does the Clause cover?** | **You, Us, and Others.** | This Clause governs you and us; your heirs; our successors, assigns, affiliates and controlling parties; and "related parties" who have provided services in connection with any loan to you, including OppLoans. |
| **Which Claims are covered?** | **Almost All Claims.** | This Clause governs all "Claims" of one party against another. In this Clause, the word "Claims" has the broadest reasonable meaning consistent with this Clause. It includes all claims even indirectly related to your application, the loan, this Note and your agreements with us. It includes claims related to information you previously gave us. It includes all past agreements. It includes extensions, renewals, refinancings or payment plans. It includes claims related to collections, privacy and customer information. However, it DOES NOT include claims related to the validity, enforceability, coverage or scope of this Clause. Those claims shall be determined by a court. |
| **Are you waiving rights?** | **Yes.** | You <u>waive</u> your rights to:<br><br>    **1. Have juries resolve Claims.**<br>    **2. Have courts, other than small-claims courts, resolve Claims.**<br>    **3. Bring Claims as a private attorney general or representative.**<br>    **4. Have Claims decided in a class action.** |
| **Are you waiving class action and similar rights?** | **Yes.** | <u>**THIS CLAUSE DOES NOT ALLOW CLASS ACTIONS.**</u> You <u>waive</u> your right to be in <u>a class action or a class arbitration</u>, either as a representative or a member. Only individual arbitration, or small-claims courts, will resolve Claims. You waive your right to bring representative Claims. **Unless reversed on appeal, if a court invalidates this waiver, the Clause will be void.** |
| **Are you waiving your right to seek a public injunction?** | **Yes, if permitted under the FAA.** | You also waive your right to seek a public injunction if such a waiver is permitted by the FAA. If a court decides that such a waiver is not permitted, and that decision is not reversed on appeal, your Claim for a public injunction will be decided in court and all other Claims will be decided in arbitration under this Clause. In such a case the parties will request that the court stay the Claim for a public injunction until the arbitration award regarding individual relief has been entered in court. **In no event will a claim for public injunctive relief be arbitrated.** |
| **What law applies?** | **The FAA.** | This transaction involves interstate commerce, so the FAA governs. The Arbiter must apply substantive law consistent with the FAA. The Arbiter must follow statutes of limitation and privilege rules. |

| How should you contact us? | By mail. | You must send any mail or notice regarding arbitration to Opploans at 130 E Randolph St, Suite 3400, Chicago, IL 60601, Attn. Arbitration Notice. You can call us at (855) 990-9500 or use certified mail to confirm receipt. |
|---|---|---|
| Can a small-claims court resolve any Claims? | Yes. | We will not require you to arbitrate a Claim you bring on an individual basis in small-claims court. However, if there is an appeal from small-claims court, or if a Claim changes so that the small-claims court loses the power to hear it, then the Claim will only be heard by an Arbiter. |
| Will this Clause continue to govern? | Yes, unless otherwise agreed. | The Clause stays effective unless the parties sign an agreement stating it doesn't. The Clause governs if you rescind the transaction. It governs if you default, renew, prepay or pay. It governs if the Note is discharged through bankruptcy. The Clause remains effective, despite a transaction's termination, amendment, expiration or performance. |
| **Process.** | | |
| What must a party do before starting a lawsuit or arbitration? | Send a written Claim notice and work to resolve the Claim | Before starting a lawsuit or arbitration, the complaining party ("Claimant") must give the other party (the "Responding Party") written notice of the Claim. The notice must explain in reasonable detail the nature of the Claim and any supporting facts. You or an attorney you have personally hired must sign the notice and must provide your full name and a phone number where you (or your attorney) can be reached. A collections letter from us to you will serve as our written notice of a Claim. Once a Claim notice is sent, the Claimant must give the Responding Party a reasonable opportunity over the next 30 days to resolve the Claim on an individual basis. |
| Who manages arbitrations? | AAA, JAMS, or an agreed Arbiter. | The Claimant selects the company to manage the arbitration – either the American Arbitration Association ("AAA") (1-800-778-7879), www.adr.org, or JAMS (1-800-352-5267), www.jamsadr.com. The parties may also agree in writing to a local attorney, retired judge or Arbiter in good standing with another arbitration group. The Arbiter must arbitrate under AAA or JAMS consumer rules. You may get a copy of these rules from such group. Any rules that conflict with this Clause don't apply. If these options aren't available, a court may choose the Arbiter. Such Arbiter must enforce your agreements with us, as they are written. |
| How does a Claimant start an arbitration? | By following the arbitration company's rules. | To start an arbitration, the Claimant must follow the rules of the arbitration company the Claimant selects. |
| How is arbitration demanded? | By written notice or motion to compel arbitration. | To require arbitration, the Responding Party may mail the Claimant a demand to arbitrate or file a motion to compel arbitration. The Responding Party does not waive the right to require arbitration by bringing a different Claim against the Claimant in court. Once the Respondent demands arbitration, it is up to the Claimant to start an arbitration. |
| Will the hearing be held nearby? | Yes. | The Arbiter will order any hearing near your home. |
| What about appeals? | Appeals are limited. | The Arbiter's decision is generally final. However, if the amount in controversy exceeds $ 10,000.00, a party may appeal the Arbiter's finding. Such appeal will be to a three-Arbiter panel from the same arbitration group. The appeal will be de novo, and resolved by majority vote. The appealing party bears appeal costs, despite the outcome. Also, a party may appeal under the FAA. A party may file the Arbiter's award with the proper court. |
| Does an arbitration award affect other arbitrations? | No. | No arbitration award under this Agreement will affect any dispute involving any other party. No arbitration award under another party's agreement will affect any arbitration under this Agreement. |

| **Arbitration Fees and Awards.** | | |
|---|---|---|
| **Will we advance Arbitration Fees?** | **Yes.** | We will advance the arbitration fees if you ask us to in good faith. This includes filing, administrative, hearing and Arbiter's fees. |
| **When do we cover your attorneys' fees?** | **If you win.** | We will cover your reasonable attorneys' fees and costs if you win. |
| **Will you ever have to pay Arbitration Fees?** | **Sometimes, but only if you lose.** | If the Arbiter awards you funds, you don't need to repay us the Arbitration Fees. Also, you don't need to repay us if the Arbiter decides it would be unfair to make you repay us. Unless you act in bad faith, you never have to repay us more than the amount of state court costs. |
| **What happens if you win?** | **You could get more than the Arbiter awarded.** | If you follow the steps set forth in response to the question "What must a party do before starting a lawsuit or arbitration?" and an Arbiter awards you more than our final settlement offer or we don't make a settlement offer, we will pay three amounts. We will pay (1) the award, excluding attorneys' fees and costs, plus (2) the "bonus payment", plus (3) the "attorney payment". The bonus payment is 10% of the award. The attorney payment is 110% of your reasonable attorneys' fees and costs. |
| **Can an award be explained?** | **Yes.** | A party may request details from the Arbiter, within 14 days of the ruling. Upon such request, the Arbiter will explain the ruling in writing. |
| **Other Options.** | | |
| **If you don't want to arbitrate, can you opt-out of the Clause?** | **Yes. Within 60 days.** | Write us within 60 calendar days of signing this Note to opt-out of this Clause via email at compliance@opploans.com or by mail to OppLoans, ATTN: Compliance Department, One Prudential Plaza, 130 E Randolph St, Suite 3400, Chicago, IL 60601. List your name, address, loan number and date. This is the only way you can opt out. |

**Customer Representations.** By signing this Note:

1. You acknowledge that this Note was filled in before you did so, and that you have received a completed copy of it. You agree that the information you provided to us prior to entering into this Note is accurate;
2. You warrant that you are not a debtor under any proceeding in bankruptcy and have no current intention to file a petition for relief under any chapter of the United States Bankruptcy Code;
3. You agree that you are over 18 years of age;
4. You acknowledge that you have read, understand, and agree to all of the terms of the Privacy Policy.
5. You acknowledge that you have read, understand, and agree to all of the terms of this Note, including the **Arbitration Clause.**

**Disclosures:**

**All Borrowers.**

You authorize us to obtain your consumer report(s) and other information from consumer reporting agencies and/or other third party sources now and on an ongoing basis for use in: (1) servicing, monitoring, collecting or enforcing this loan or any other loan that you may receive from us; (2) providing your credit data to you; (3) evaluating you for and offering you other financial products and services; and/or (4) other related purposes. Upon your request, you will be informed of whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Oral agreements or commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**Florida Transactions. Florida documentary stamp tax required by law in the amount of $0.00 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No.78-8017329571-2.**

**Kansas Residents.** 1. Do not sign this Note before you read it because only those terms in writing are enforceable - No other terms or oral promises not contained in this Note may be legally enforced 2. You are entitled to a copy of this Note. 3. You may prepay the unpaid balance at any time without penalty.

**Ohio Residents.** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Texas Residents.** If you are in default, we may require you to repay the entire unpaid principal balance and any accrued interest at once. We don't have to give you notice that we are demanding or intend to demand immediate payment of all that you owe.

**Utah Residents.** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. **BY ENTERING INTO THIS AGREEMENT, YOU ARE WAIVING CERTAIN RIGHTS RELATED TO BRINGING A LAWSUIT OR SIMILAR PROCEEDING ON A CLASS, REPRESENTATIVE OR COLLECTIVE BASIS.** You will pay any collection cost we incur, including reasonable attorney fees and court costs, as the law allows. If we hire an attorney or a third-party collection agency to collect what you owe, you will also pay the lesser of: (i) the actual amount we are required to pay to the third-party collection agency or the attorney, regardless of whether that amount is a specific dollar amount or a percentage of the amount owed to us; or (ii) 40% of the amount owed to us. This Agreement is the final expression of the agreement between you (the debtor) and us (the creditor). NO evidence of any alleged oral agreement may contradict the written agreement.

**Wisconsin Residents.** If you are married: (1) You confirm that the Loan is being incurred in the interest of your marriage or family. (2) No provision of any marital property agreement, unilateral agreement, or court decree under Wisconsin's Marital Property Act will adversely affect a creditor's interest unless prior to the time credit is granted, the creditor is furnished a copy of that agreement or decree or is given complete information about the agreement or decree. (3) You understand and agree that we will provide a copy of this Agreement to your spouse for his or her information.

**NOTICE TO BORROWER**
(a) DO NOT SIGN THIS AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(b) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(c) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT.

CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Borrower:        Kristen Michael (IP: 70.116.120.215)              Date:      06/20/21

                 Kristen Michael

*Signed electronically by Kristen Michael from IP 70.116.120.215 at June 20th, 2021 20:50 CST*