UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Kristen Michael,** an individual on behalf of herself and all persons similarly situated<br><br>Plaintiff<br><br>v.<br><br>**Opportunity Financial, LLC,** a limited liability company<br><br>Defendant | Civil Action No.: 1:22-cv-00529-LY<br><br>Judge Lee Yeakel |

### [PROPOSED] ORDER GRANTING OPPORTUNITY FINANCIAL'S LLP OPPOSED MOTION TO COMPEL ARBITRATION

Having reviewed Defendant Opportunity Financial, LLC's Motion to Compel Arbitration along with all relevant materials, IT IS HEREBY ORDERED that the Motion to Compel Arbitration is GRANTED, as follows:

1. The claims asserted by Plaintiff Kristen Michael are hereby compelled to individual arbitration.

2. Plaintiff Kristen Michael's claims are hereby [DISMISSED without prejudice / STAYED].

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE