**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
22 JUN 28 PM 4: 10
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| **Kristen Michael,** an individual on behalf of herself and all persons similarly situated<br><br>    Plaintiff<br><br>v.<br><br>**Opportunity Financial, LLC,** a limited liability company<br><br>    Defendant | Civil Action No.: 1:22-cv-00529-LY<br><br>Judge Lee Yeakel |

## ORDER

Having reviewed the Joint Motion to Extend Time to Respond to Initial Complaint By Not More Than 28 Days and for Briefing Schedule on Defendant's Motion to Compel Arbitration, the Court finds that good cause exists for the entry of this Order. IT IS HEREBY ORDERED that the briefing on Defendant's Motion to Compel Arbitration will be as follows:

- Defendant's Motion to Compel Arbitration is due on or before July 25, 2022;
- Plaintiff's Opposition to Defendant's Motion to Compel Arbitration is due on or before August 18, 2022;
- Defendant's Reply to Plaintiff's Opposition is due on or before August 29, 2022;

IT IS SO ORDERED.

DATED: *This 28th day of June, 2022.*

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE