IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTEN MICHAEL, AN INDIVIDUAL ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, | § § § § § § | |
| V. | § § § | CAUSE NO. 1:22-CV-529-LY |
| OPPORTUNITY FINANCIAL, LLC, DEFENDANT. | § § § | |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date the court rendered an order dismissing the case without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant Opportunity Financial, LLC is awarded costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this **11th** day of January, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE